Candis Tai
131 Ermine Lane
Carbondale, Colo 81623

U.S. District Court Colorado District
Attn: Clerk of Court
901 19th Street
Denver, CO 80294





U.S. POSTAGE PAID
BASALT, CO
MAY 02 16
AMOUNT
$1.57
R2304N117326-04