**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:16-cv-01034-CBS

Candis Tai,

Plaintiff,

v.

Synerprise Consulting Services, Inc.,

Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this stipulation of all parties who have appeared, Plaintiff, Candis Tai, and Defendant, Synerprise Consulting Services, Inc., hereby voluntarily dismiss this action with prejudice. Each party shall bear their own costs.

Dated:  November 15, 2016.

| | |
|---|---|
| /s/ Candis Tai | /s/ Steven J. Wienczkowski |
| Candis Tai | Steven J. Wienczkowski, Esq. |
| *Pro Se Plaintiff* | Adam L. Plotkin, P.C. |
| 131 Ermine Lane | 621 17th Street, Ste. 1800 |
| Carbondale, CO 81623 | Denver, CO 80293 |
| *Pro Se Plaintiff* | *Attorney for Defendant* |